*ZENO vs. LOUISIANA INSURANCE COMPANY.*
APPEAL FROM THE COURT OF THE FIRST DISTRICT.

The decree of a foreign court of admiralty is *res judicata* in regard to the matters decided therein.

Eastern District,
*July* 1831.

ZENO
*vs.*
LA. INS. CO.

This action was brought to recover of the defendants the value of the schooner Constitution and her cargo, insured by them hence to Vera Cruz, with a warranty by the assured, that the cargo and vessel were American, and that the latter should not force the blockade. The defendants pleaded non-compliance with the warranty.

It appeared that on entering the harbor of Vera Cruz, the vessel was seized, libelled and condemned, for wanting the documents necessary to establish her neutral character, and the goods, because they were about to be introduced in violation of the blockade. The defendants offered the record of the condemnation by the admiralty court of Mexico as *res judicata* on the infraction of the warranty. There was judgment for defendants, and the plaintiff appealed.

*Dennis* for appellant,
*Grymes* for appellee.

*Martin, J.* delivered the opinion of the court.

This case was remanded from this court at May term, 1827.—6 *Martin, N. S.* 62.

To establish a breach of the clause of warranty, the defendants relied on a sentence of condemnation in the court of admiralty; but the plaintiff shewed that the sentence had not passed *in rem judicatam*, and had been appealed from.

The district court gave judgment for the defendants, and the plaintiff appealed.

In this court the plaintiff's counsel has urged, that the document relied on by the defendants does not establish *rem judicatam;* that it ought not to have been received, being but the copy of a copy; that it does not establish a breach of the clause of warranty.

The sentence of the court of admiralty, it now appears,

The decree of a foreign court of admiralty, is *res·*

Eastern District, July 1831.

ZENO
vs.
LA. INS. CO

*judicata* in regard to the matters decided therein.

has passed *in rem adjudicatam;* the appeal having been deserted, and the sentence affirmed.

The document produced is a copy of the records of the court of admiralty, which rendered the judgment, and of the decree of the court of appeals, transmitted to that court, to enable it to carry its judgment into execution. It makes part of the record of the inferior court on that suit, and is its authority for executing its own judgment.

The sentence affirmed establishes that the condemnation took place for an act which is clear evidence of the breach of warranty.

It is therefore ordered, adjudged, and decreed, that the judgment of the district court be affirmed, with costs.